**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RIOS, JAVIER O. | § | Case No. 13-10972 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth Gardner
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 10/15/2013 in Courtroom 615,

United States Courthouse
219 Soth Dearborn Street
Chicago, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth S. Gardner_____
                                              Clerk, U.S. Bankruptcy Court


*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                          §
                                §
RIOS, JAVIER O.                 §       Case No. 13-10972
                                §
         Debtor(s)              §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 6,835.00 |
| and approved disbursements of | $ 10.00 |
| leaving a balance on hand of[1] | $ 6,825.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Phillip D. Levey | $ 1,433.50 | $ 0.00 | $ 1,433.50 |
| Trustee Expenses: Phillip D. Levey | $ 13.89 | $ 0.00 | $ 13.89 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,447.39 |
| Remaining Balance | $ 5,377.61 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,264.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 40.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, N.A. | $ 4,387.89 | $ 0.00 | $ 1,778.93 |
| 000002 | Portfolio Recovery Associates, LLC | $ 8,876.44 | $ 0.00 | $ 3,598.68 |
| | Total to be paid to timely general unsecured creditors | | $ | 5,377.61 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                        Case No. 13-10972-JSB
Javier O. Rios                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1         User: mmyers              Page 1 of 1          Date Rcvd: Sep 17, 2013
                             Form ID: pdf006           Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2013.
db         +Javier O. Rios,    3708 N. Central Park Ave,   Chicago, IL 60618-4109
20196599    Bank of America,    P.O. Box 15726,   Wilmington, DE 19886-5726
20196600    Bank of America,    P.O. Box 851001,   Dallas, TX 75285-1001
20196602   +Bank of America,    450 American St,   Simi Valley, CA 93065-6285
20196603   +Chase,   201 N Walnut St,   Wilmington, DE 19801-2920
20196604    Chase,   Cardmember Service,   P.O. Box 15153,   Wilmington, DE 19886-5153
20196606    City of Chicago,    Department of Water Management,   Chicago, IL 60680-6330
20649717   +FIA CARD SERVICES, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
20196607   +First American Bank,    700 Busse Road,   Elk Grove Village, IL 60007-2133
20196608   +Medical Payment Data,    1460 Renaissance Dr.,   Park Ridge, IL 60068-1331
20196609    Merchant's Bank,   PO Box 17313,   Baltimore, MD 21297-1313
20907156   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
            (address filed with court:   Portfolio Recovery Associates, LLC,
              successor to HSBC BANK NEVADA, N.A,    (Metris) by PRA Receivables Management,   POB 41067,
              Norfolk VA 23541)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20196598      E-mail/Text: RBALTAZAR@ARMORSYS.COM Sep 18 2013 01:37:48     Armor Systems Corp,
              2322 N Green Bay Rd,   Waukegan, IL 60087-4209
                                                                                            TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20196601*    Bank of America,   P.O Box 851001,   Dallas, TX 75285-1001
20196605*   +Chase,   201 N. Walnut ST.,   Wilmington, DE 19801-2920
20196610   ##+Seterus,   PO BOX 4121,   Beaverton, OR 97076-4121
                                                                                TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2013                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2013 at the address(es) listed below:
              John A Rottier    on behalf of Debtor Javier O. Rios jrottier@katzlawchicago.com,
               aavila@katzlawchicago.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey, ESQ    levey47@hotmail.com, plevey@ecf.epiqsystems.com
              Terri M Long    on behalf of Creditor    Specialized Loan Servicing, LLC Courts@tmlong.com
              Toni  Dillon    on behalf of Creditor    JPMorgan Chase Bank National Association
               tdillon@atty-pierce.com, northerndistrict@atty-pierce.com
                                                                                             TOTAL: 5