UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
RIOS, JAVIER O. § Case No. 13-10972
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter     on              . The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Phillip D. Levey_____
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America 450 American St Simi Valley, CA 93065 |  |  |  |  |  |
|  | Chase 201 N Walnut St Wilmington, DE 19801 |  |  |  |  |  |
|  | Chase 201 N. Walnut ST. Wilmington, DE 19801 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First American Bank 700 Busse Road Elk Grove Village, IL 60007 | | | | | |
| | Seterus PO BOX 4121 Beaverton, OR 97076 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Armor Systems Corp 2322 N Green Bay Rd Waukegan, IL 60087-4209 | | | | | |
| | Bank of America P.O Box 851001 Dallas, TX 75285-1001 | | | | | |
| | Bank of America P.O. Box 15726 Wilmington, DE 19886-5726 | | | | | |
| | Bank of America P.O. Box 851001 Dallas, TX 75285-1001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Chase Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | City of Chicago Department of Water Management Chicago, IL 60680-6330 | | | | | |
| | Medical Payment Data 1460 Renaissance Dr. Park Ridge, IL 60068 | | | | | |
| | Merchant's Bank PO Box 17313 Baltimore, MD 21297-1313 | | | | | |
| 000001 | FIA CARD SERVICES, N.A. | | | | | |
| 000002 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Case 13-10972 Doc 34 Filed 01/14/14 Entered 01/14/14 10:28:57 Desc Main
Document Page 7 of 9

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

Case No: 13-10972 JSB Judge: JANET S. BAER  Trustee Name: Phillip D. Levey
Case Name: RIOS, JAVIER O.  Date Filed (f) or Converted (c): 03/19/13 (f)
  341(a) Meeting Date: 04/26/13
For Period Ending: 09/09/13  Claims Bar Date: 08/30/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PRIMARY RESIDENCE COMMONLY KNOWN AS 3708 N. CENTRA | 320,919.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. INVESTMENT PROPERTY COMMONLY KNOWN AS 4010 W. WARW | 185,474.00 | 0.00 | | 0.00 | FA |
| 3. INVESTMENT PROPERTY COMMONLY KNOWN AS 3705 N. CENT | 310,000.00 | 0.00 | | 0.00 | FA |
| 4. INVESTMENT PROPERTY COMMONLY KNOWN AS 2755 COUNTY | 195,000.00 | 0.00 | | 0.00 | FA |
| 5. SAVINGS ACCOUNT HELD BY MB BANK | 0.00 | 0.00 | | 0.00 | FA |
| 6. MISCELLANEOUS HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. CLOTHES | 200.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. 1967 CHEVROLET C-10 WITH 200,000 MILES CO-OWNER WI | 2,500.00 | 100.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. TAX REFUND | 3,500.00 | 6,835.00 | | 6,835.00 | FA |
| Debtor Claimed Exemption | | | | | |

  Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)  $1,018,093.00  $6,935.00  $6,835.00  $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 10/31/13  Current Projected Date of Final Report (TFR): 10/31/13

LFORM1  Ver: 17.03
**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-10972 -JSB | | Trustee Name: | Phillip D. Levey |
| Case Name: | RIOS, JAVIER O. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3158  Checking |
| Taxpayer ID No: | *******0218 | | | |
| For Period Ending: | 01/06/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/06/13 | 9 | Javier Rios | Income Tax Refunds | 1124-000 | 6,835.00 | | 6,835.00 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,825.00 |
| 10/23/13 | 010001 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL  60614 | Chapter 7 Compensation/Fees | 2100-000 | | 1,433.50 | 5,391.50 |
| 10/23/13 | 010002 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL  60614 | Chapter 7 Expenses | 2200-000 | | 13.89 | 5,377.61 |
| 10/23/13 | 010003 | FIA CARD SERVICES, N.A. P O Box 982284 El Paso, TX 79998-2238 | Claim 000001, Payment 40.54181% | 7100-000 | | 1,778.93 | 3,598.68 |
| 10/23/13 | 010004 | Portfolio Recovery Associates, LLC successor to HSBC BANK NEVADA, N.A (Metris) by PRA Receivables Management POB 41067 Norfolk VA 23541 | Claim 000002, Payment 40.54193% (2-1) Modified on 8/26/13 to correct creditor's name MM | 7100-000 | | 3,598.68 | 0.00 |

|  | COLUMN TOTALS | 6,835.00 | 6,835.00 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 6,835.00 | 6,835.00 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 6,835.00 | 6,835.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - ********3158 | 6,835.00 | 6,835.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,835.00 | 6,835.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals    6,835.00    6,835.00

Ver: 17.04b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

| Case No: | 13-10972 -JSB | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | RIOS, JAVIER O. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******3158  Checking |
| Taxpayer ID No: | *******0218 | | |
| For Period Ending: | 01/06/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking - ********3158 | | Transfers) | To Debtors) | On Hand |
| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 17.04b